UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GARCIA ENTERPRISES INC, <br><br> Plaintiff(s), <br><br> v. <br><br> WELLS FARGO BANK S.F., <br><br> Defendant(s). | No. C-13-04707 DMR <br><br> **REQUEST FOR REASSIGNMENT; REPORT AND RECOMMENDATION RE DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

Plaintiff Alex Garcia Enterprises Inc. ("Plaintiff") filed a complaint [Docket No. 1] and an application to proceed in forma pauperis [Docket No. 3] on October 7, 2013. On November 12, 2013, the court denied the IFP application and instructed Plaintiff to pay the filing fee by November 25, 2013. [Docket No. 9.] The court noted that failure to pay the filing fee by that date would result in dismissal of the action without prejudice. To date, Plaintiff has not paid the filing fee.

The parties have not yet filed a declination or consent to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). Therefore, the court requests that this case be reassigned to a District Judge, and issues this Report and Recommendation, with a recommendation that this matter be dismissed without prejudice for failure to prosecute.

Any party may file objections to this report and recommendation with the District Judge within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); N.D. Cal. Civ. L.R. 72-2.

IT IS SO ORDERED.

Dated: December 2, 2013

DONNA M. RYU
United States Magistrate Judge